RECEIVED

AUG - 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

KRISPY KRUNCHY FOODS, L.L.C.

*Plaintiff*

Versus

CAJUN WORKS INC, TOBY KIMBALL, AND DENISE SANDERS KIMBALL, ALL CAJUN CORNER CAFÉ/CANAL

*Defendants*

CIVIL NO. 14-2395 Section:___

DISTRICT JUDGE: DOHERTY

DIVISION: _____

MAGISTRATE JUDGE: HILL

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THE COURT, having considered the foregoing Motion to Dismiss Without Prejudice filed by Plaintiff, Krispy Krunchy Foods, LLC, hereby GRANTS the Motion as prayed for.

IT IS THEREFORE ORDERED that the above-captioned lawsuit filed by Plaintiff, KRISPY KRUNCHY FOODS, L.L.C., is dismissed without prejudice, with Plaintiff to bear all costs, reserving the rights of Plaintiff to reinstitute litigation of this nature in this Court or any other appropriate court against Cajun Works, Inc., Toby Kimball, and Denise Sanders Kimball, all doing business as Cajun Corner Café/Canal, and any other parties should any similar lawsuits or claims arise in the future.

ORDER SIGNED at _Lafayette_, Louisiana, this _5_ day of

_August_____, 2014.

_____
JUDGE, UNITED STATES DISTRICT COURT